IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| TRAVIS LEE COLLINS, | : | |
| | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION |
| v. | : | FILE NO. _____ |
| | : | |
| BRINKER GEORGIA, INC. d/b/a | : | |
| CHILI'S GRILL AND BAR, | : | |
| | : | |
| Defendant | : | |

## PETITION FOR REMOVAL

TO: The Judges of the United States District Court, Northern District of Georgia

The Petition of Defendant Brinker Georgia, Inc. d/b/a Chili's respectfully shows the Court as follows:

1.

A civil action has been brought against the Petitioner which is now pending in the Superior Court of Whitfield County, State of Georgia, by the above-named Plaintiff, said action being designated as Civil Action No. 22CI00393. In the within suit, Plaintiff Travis Lee Collins seeks to recover of Defendant Brinker Georgia, Inc. d/b/a Chili's a sum in excess of $75,000.00 exclusive of interest and costs.

2.

The Plaintiff is now, was at the time of the commencement of this action, and at all times since has been a citizen and resident of the State of Georgia.

3.

Defendant Brinker Georgia, Inc. d/b/a Chili's is now, was at the time of the commencement of this lawsuit, and at all times since, a corporation organized and existing under the laws of the State of Virginia, having its principal place of business in Dallas, Texas.

4.

In paragraph 39 of his Complaint, Plaintiff Travis Lee Collins alleges that he incurred "over $307,761.58 in medical expenses," which the Plaintiff itemized as follows:

a. Hamilton EMS: $2,220.00

b. Erlanger: $287,885.67

c. Tennessee River Physicians: $2,186.00

d. Tennessee Interventional and Imaging: $2,837.91

e. BEH STICU/Trauma Unit Physicians: $12,149.00

f. EMG Orthopedics: $483.00

In addition to the foregoing, Plaintiff Travis Lee Collins asserts further that "Plaintiff will continue to incur additional medical, rehabilitation, and related

expenses and he will continue to incur such expenses for the rest of his life." In addition to an award of compensatory damages, the Plaintiff, in Count III prays for an award of punitive damages against Defendant Chili's.

5.

Defendant Brinker Georgia, Inc. d/b/a Chili's attaches a copy of the Summons and Complaint, marked Exhibit "A" and a copy of the Answer of Brinker Georgia, Inc. d/b/a Chili's, marked Exhibit "B," all filed in the Superior Court of Whitfield County, Georgia.

6.

Now, within thirty (30) days following service of the Complaint reflecting an amount in controversy in excess of $75,000 and the existence of federal court diversity jurisdiction, Defendant Brinker Georgia, Inc. d/b/a Chili's has filed the within Petition for Removal to this Honorable Court.

7.

This Honorable Court has federal diversity jurisdiction under 28 U.S.C. 1332, in that it is a civil action wherein the amount in controversy exceeds seventy-five thousand dollars ($75,000), exclusive of interest and cost, and there is diversity of citizenship between the parties.

8.

As between the Plaintiff and Defendant Brinker Georgia, Inc. d/b/a Chili's there exists complete diversity of citizenship under 28 U.S.C. 1332(a).

9.

Pursuant to 28 U.S.C. 1441, et seq., this action is now removable by reason of diversity of citizenship, there being more than $75,000.00 in controversy, exclusive of interest and costs.

WHEREFORE, Defendant Brinker Georgia, Inc. d/b/a Chili's files this Petition for Removal of said cause to this Court.

                      FAIN MAJOR & BRENNAN, P.C.

                      */s/Gene A. Major*
                      GENE A. MAJOR
                      Georgia Bar No. 466650
                      JAMES W. HARDEE
                      Georgia Bar No. 324399
                      ROBYN M. ROTH

One Premier Plaza                    Georgia Bar No. 153025
5605 Glenridge Drive, N.E., Suite 900  JOSEPH S. KNIGHT
Atlanta, Georgia  30342            Georgia Bar No. 205544
(404) 688-6633                      *Counsel for Defendant Brinker Georgia,*
gmajor@fainmajor.com           *Inc. d/b/a Chili's*
jhardee@fainmajor.com
rroth@fainmajor.com
jknight@fainmajor.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TRAVIS LEE COLLINS, | : | |
| | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION |
| v. | : | FILE NO. _____ |
| | : | |
| BRINKER GEORGIA, INC. d/b/a | : | |
| CHILI'S GRILL AND BAR, | : | |
| | : | |
| Defendant | : | |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served upon all counsel in the foregoing matter a copy of the foregoing **Petition for Removal** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to all attorneys of record.

This 19th day of May, 2022.

FAIN MAJOR & BRENNAN, P.C.

/s/Gene A. Major
GENE A. MAJOR
Georgia Bar No. 466650
JAMES W. HARDEE
Georgia Bar No. 324399
ROBYN M. ROTH
Georgia Bar No. 153025
JOSEPH S. KNIGHT
Georgia Bar No. 205544
*Counsel for Defendant Brinker Georgia, Inc. d/b/a Chili's*

One Premier Plaza
5605 Glenridge Drive, N.E., Suite 900
Atlanta, Georgia 30342
(404) 688-6633
gmajor@fainmajor.com
jhardee@fainmajor.com
rroth@fainmajor.com
jknight@fainmajor.com